UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| ROBBY DALE BAILEY | § | CIVIL ACTION NO. _____ |
| VERSUS | § | JUDGE _____ |
| CITY OF MINDEN, LOUISIANA, ET AL | § | MAGISTRATE JUDGE _____ |

**NOTICE OF REMOVAL**

NOW INTO COURT, through undersigned counsel, come Defendants, the City of Minden, Louisiana, Chief Steve Cropper, Terry Gardner, Officer Jeremy Sitter, Officer Reece Tewell, Officer Matthew Hicks, Officer Kirk Morgan, Officer Catie Cortez, and Officer Joel Kendrick, who, appearing solely for the purpose of presenting this Notice of Removal of the above-entitled cause to this Honorable Court under the provisions of 28 U.S.C. §1441, *et seq*., and reserving all rights, respectfully show as follows:

1.

This suit was commenced in the Twenty-Sixth Judicial District Court, Webster Parish, Louisiana, by Robby Dale Bailey on April 13, 2022, docket number 79,957-D. Defendants file this, their Notice of Removal, within thirty (30) days from service of the Petition upon the first served Defendants.

2.

This action is of a civil nature at law. The Plaintiffs seek recovery under state and federal law, including 42 U.S.C. §1983, alleging that Defendants injured and harmed Mr. Bailey and as such was a "deprivation of life and liberty without due process of law and in violation of the United States and Louisiana Constitutions."

3.

This Court has jurisdiction of this cause of action pursuant to 28 U.S.C. §1331, federal question jurisdiction.

4.

The proper court for removal is the United States District Court for the Western District of Louisiana.

5.

The parties and their counsel are as follows:

Defendants, the City of Minden, Louisiana, Chief Steve Cropper, Terry Gardner, Officer Jeremy Sitter, Officer Reece Tewell, Officer Matthew Hicks, Officer Kirk Morgan, Officer Catie Cortez, and Officer Joel Kendrick, are represented by Edwin H. Byrd, III of the firm Pettiette, Armand, Dunkelman, Woodley, Byrd & Cromwell, 400 Texas Street, Suite 400, P.O. Box 1786, Shreveport, Louisiana 71166-1786.

6.

Defendants file herewith a copy of all papers they have received and all documents contained in the suit record, civil docket number 631,154-C. See Exhibits.

7.

Defendants further show unto the Court that immediately upon the filing of this Notice of Removal a copy of same shall be served upon all adverse parties and a copy filed with the Clerk of the Twenty-Sixth Judicial District Court, Webster Parish, Louisiana, all in accordance with 28 U.S.C. §1446(d).

8.

Defendants further show that if any funds are held by the state Court which are properly transferable to this Court, a request for the transfer of those funds will be made.

        Respectfully submitted,

        PETTIETTE, ARMAND, DUNKELMAN,
        WOODLEY, BYRD & CROMWELL, L.L.P.


        ____/s/ Edwin H. Byrd, III_____
        Edwin H. Byrd, III, La. Bar No. 19509
        400 Texas Street, Suite 400 (71101)
        Post Office Box 1786
        Shreveport, Louisiana 71166-1786
        Ph. (318) 221-1800
        Fax (318) 226-0390
        Email: Ebyrd@padwbc.com

        ATTORNEYS FOR DEFENDANTS, THE CITY OF MINDEN, LOUISIANA, CHIEF STEVE CROPPER, TERRY GARDNER, OFFICER JEREMY SITTER, OFFICER REECE TEWELL, OFFICER MATTHEW HICKS, OFFICER KIRK MORGAN, OFFICER CATIE CORTEZ, AND OFFICER JOEL KENDRICK

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the above and foregoing Notice of Removal to Federal Court has this date been served upon the following by placing same in the United States mail, postage prepaid and properly addressed:

>Charles D. Jones
>The Law Office of Charles D. Jones, LLC
>1605 Lamy Lane, Suite D
>Monroe, LA 71201
>Phone: 318-325-2644
>Fax: 318-325-2647
>cdjoneslaw@outlook.com
>
>Honorable Holli Vining
>Twenty-Sixth Judicial District Court
>P. O. Box 370
>Minden, LA 71058-0370

Shreveport, Louisiana this 3rd day of May, 2022.

>_____/s/ Edwin H. Byrd, III_____
>OF COUNSEL